CORRECTED: OCTOBER 16, 2012

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EMC CORP., DECHO CORP., IOMEGA CORP., AND CARBONITE, INC.,**
*Petitioners.*

---

Miscellaneous Docket No. 142

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-0435, Magistrate Judge Amos L. Massant.

---

**ON PETITION**

---

## ORDER

EMC Corporation et al. (petitioners) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its August 21, 2012 orders denying their motions to transfer, and to direct transfer of the cases. The petitioners also submit a motion for a temporary stay of proceedings in the district court pending resolution of their petition.

IN RE EMC CORP                                                    2

Upon consideration thereof,

IT IS ORDERED THAT:

Oasis Research, LLC is directed to respond to the petition and the motion for a stay no later than October 31, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s19